# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
January 4, 2022

Lyle W. Cayce
Clerk

No. 21-20107

United States of America,

*Plaintiff—Appellee*,

*versus*

Molika Akwo Nweme,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CR-497

Before Owen, *Chief Judge*, and Clement and Engelhardt, *Circuit Judges*.

Per Curiam:*

Molika Nweme appeals the denial of his motion for compassionate release under the First Step Act. *See* 18 U.S.C. § 3582(c)(1)(A)(i). The district court denied Nweme's motion without the benefit of intervening Fifth Circuit authority. We therefore VACATE the district court's order

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-20107

and REMAND for further consideration in light of *United States v. Shkambi*, 993 F.3d 388 (5th Cir. 2021).